NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:10CR39-001

GREGORY PAUL VIOLETTE, II

On February 4, 2011, the above named offender was released from imprisonment and began serving a three (3) year term of supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Gregory Paul Violette, II be discharged from supervised release.

Respectfully submitted,

*Bryan E. Jansen* 2013.02.04 11:24:29 -06'00'

Bryan E. Jansen
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _8th_ day of _Feb_, 2013.

_____
The Honorable Lacey A. Collier
Senior United States District Judge

bej

Rec'd 0208'13 USDC FLN 3PM 0114